# Santa Barbara County Superior Court Court
# Case No. 21CV03511
# Register of Actions and Documents Filed

**Exhibit B**

## Case Information

21CV03511 | Kathryn Zimmie vs H Ty Warner

Case Number
21CV03511

File Date
09/01/2021

Court
Santa Barbara - Anacapa

Case Type
Unlimited Breach of
Contract/Warranty (06)

Judicial Officer
Anderle, Thomas P

Case Status
Active

## Party

Plaintiff
Zimmie, Kathryn

Active Attorneys ▾

Lead Attorney
Cohen, Robert M
Retained

Attorney
Gibbs, William T
Retained

Attorney
Luckasevic, Jason E
Retained

Defendant
Warner, H Ty

## Events and Hearings

09/01/2021 New Filed Case

09/01/2021 Complaint, Filed ▼

Complaint

09/01/2021 Civil Case Cover Sheet, Filed ▼

Civil Case Cover Sheet

09/01/2021 Civil Case Cover Sheet Addendum (Local Form), Filed ▼

Civil Case Cover Sheet Addendum (Local Form)

09/01/2021 Summons Issued, Filed ▼

Summons

09/01/2021 Notice of Case Assignment/Case Management Conf, Filed ▼

Notice of Case Assignment and CMC Hrg (South)

09/01/2021 Application to Appear Pro Hac Vice, Filed ▼

Application or Renewal to Appear Pro Hac Vice

   Comment
/Verified Application of Domestic Lawyer William T Gibbs for Admission Pro Hac Vice

09/01/2021 Application to Appear Pro Hac Vice, Filed ▼

Application or Renewal to Appear Pro Hac Vice

   Comment
//Verified Application of Domestic Lawyer Jason E Luckasevic for Admission Pro Hac Vice

09/03/2021 Order Granting Application to Appear Pro Hac Vice, Filed ▼

Proposed Order

   Comment
as to William T Gibbs

09/03/2021 Order Granting Application to Appear Pro Hac Vice, Filed ▼

Proposed Order

Comment
as to Jason E Lucksasevic

09/09/2021 Proof of Service - Summons & Complaint, Filed ▼

Proof of Service.pdf

09/09/2021 Proof of Service 30 Day Summons and Complaint ▼

Served
09/08/2021

09/13/2021 Proof of Electronic Service, Filed ▼

Proof of Electronic Service

09/14/2021 Proof of Service - Summons & Complaint, Filed ▼

Proof of Service of Summons/Complaint

Comment
Amended Proof of Service of Summons

01/04/2022 Case Management Conference ▼

Notice of Case Assignment and CMC Hrg (South)

Judicial Officer
Anderle, Thomas P

Hearing Time
8:30 AM

## Documents

Complaint

Civil Case Cover Sheet

Civil Case Cover Sheet Addendum (Local Form)

Summons

Notice of Case Assignment and CMC Hrg (South)

Application or Renewal to Appear Pro Hac Vice

Proposed Order

Application or Renewal to Appear Pro Hac Vice

Proposed Order

Proof of Service.pdf

Proof of Electronic Service

Proof of Service of Summons/Complaint

**CM-010**

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>ROBERT M. COHEN (SBN 40134)<br>LAW OFFICES OF ROBERT M. COHEN<br>301 North Canon Drive, Suite 300<br>Beverly Hills, CA 90210<br>TELEPHONE NO.: (310) 277-1127  FAX NO.: (310) 277-6722<br>ATTORNEY FOR *(Name):* KATHRYN ZIMMIE | **FOR COURT USE ONLY**<br><br>ELECTRONICALLY FILED<br>Superior Court of California<br>County of Santa Barbara<br>Darrel E. Parker, Executive Officer<br>9/1/2021 3:10 PM<br>By: Elizabeth Spann, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **SANTA BARBARA**
STREET ADDRESS: 1100 Anacapa Street
MAILING ADDRESS: Box 21107
CITY AND ZIP CODE: Santa Barbara, CA 93121-1107
BRANCH NAME: Anacapa Division

CASE NAME: **ZIMMIE V. WARNER**

| **CIVIL CASE COVER SHEET** | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|
| [X] Unlimited  [ ] Limited<br>(Amount  (Amount<br>demanded  demanded is<br>exceeds $25,000) $25,000 or less) | [ ] Counter  [ ] Joinder<br><br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | **21CV03511**<br>JUDGE:<br>DEPT.: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation** |
|---|---|---|
| [ ] Auto (22)<br>[ ] Uninsured motorist (46) | [X] Breach of contract/warranty (06)<br>[ ] Rule 3.740 collections (09)<br>[ ] Other collections (09)<br>[ ] Insurance coverage (18)<br>[ ] Other contract (37) | **(Cal. Rules of Court, rules 3.400-3.403)**<br>[ ] Antitrust/Trade regulation (03)<br>[ ] Construction defect (10)<br>[ ] Mass tort (40)<br>[ ] Securities litigation (28) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**<br>[ ] Asbestos (04)<br>[ ] Product liability (24)<br>[ ] Medical malpractice (45)<br>[ ] Other PI/PD/WD (23) | **Real Property**<br>[ ] Eminent domain/Inverse condemnation (14)<br>[ ] Wrongful eviction (33)<br>[ ] Other real property (26) | [ ] Environmental/Toxic tort (30)<br>[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)<br><br>**Enforcement of Judgment**<br>[ ] Enforcement of judgment (20) |
| **Non-PI/PD/WD (Other) Tort**<br>[ ] Business tort/unfair business practice (07)<br>[ ] Civil rights (08)<br>[ ] Defamation (13)<br>[ ] Fraud (16)<br>[ ] Intellectual property (19)<br>[ ] Professional negligence (25)<br>[ ] Other non-PI/PD/WD tort (35) | **Unlawful Detainer**<br>[ ] Commercial (31)<br>[ ] Residential (32)<br>[ ] Drugs (38)<br>**Judicial Review**<br>[ ] Asset forfeiture (05)<br>[ ] Petition re: arbitration award (11)<br>[ ] Writ of mandate (02) | **Miscellaneous Civil Complaint**<br>[ ] RICO (27)<br>[ ] Other complaint *(not specified above)* (42)<br>**Miscellaneous Civil Petition**<br>[ ] Partnership and corporate governance (21)<br>[ ] Other petition *(not specified above)* (43) |
| **Employment**<br>[ ] Wrongful termination (36)<br>[ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* 7
5. This case [ ] is  [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: September 1, 2021

ROBERT M. COHEN
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CEB** ceb.com  **Essential Forms** | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |

ZIMMIE, KATHRYN

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*
ROBERT M. COHEN (SBN 40134)
LAW OFFICES OF ROBERT M. COHEN
301 North Canon Drive, Suite 300
Beverly Hills, CA 90210
TELEPHONE NO.: (310) 277-1127      FAX NO. *(Optional):* (310) 277-6722
E-MAIL ADDRESS *(Optional):* bob@bobcohenesq.com
ATTORNEY FOR *(Name):* KATHRYN ZIMMIE

FOR COURT USE ONLY

ELECTRONICALLY FILED
Superior Court of California
County of Santa Barbara
Darrel E. Parker, Executive Officer
9/1/2021 3:10 PM
By: Elizabeth Spann, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA

| ☐ Santa Barbara–Anacapa | ☐ Santa Maria-Cook | ☐ Lompoc Division |
|---|---|---|
| 1100 Anacapa Street | 312-C East Cook Street | 115 Civic Center Plaza |
| Santa Barbara, CA 93101 | Santa Maria, CA 93454 | Lompoc, CA 93436 |

PLAINTIFF: KATHRYN ZIMMIE

DEFENDANT: H. TY WARNER

## CIVIL CASE COVER SHEET ADDENDUM

CASE NUMBER: 21CV03511

Santa Barbara County Superior Court Local Rule, rule 201 divides Santa Barbara County geographically into two separate regions referred to as "South County" and "North County," the boundaries of which are more particularly defined in rule 201. "South County" includes the cities of Carpinteria, Santa Barbara, and Goleta; "North County" includes the cities of Santa Maria, Lompoc, Buellton and Solvang. A map depicting this geographical division is contained in Appendix 1 to the local rules.

Local Rule 203 provides: "When, under California law, 'North County' would be a 'proper county' for venue purposes, all filings for such matters shall be in the appropriate division of the Clerk's office in North County. All other filings shall be made in the Clerk's office in the appropriate division of the Court in South County. The title of the Court required to be placed on the first page of documents pursuant to CRC 2.111 includes the name of the appropriate Court division."

A plaintiff filing a new complaint or petition is required by Local Rule 1310 to complete and file this Civil Case Cover Sheet Addendum to state the basis for filing in North County or South County.

The undersigned represents to the Court:

This action is filed in   ☐ North County   ☒ South County   because venue is proper in this region for the following reason(s):

☐ A defendant resides or has its principal place of business in this region at:

☒ The personal injury, damage to property, or breach of contract that is claimed in the complaint occurred in this region at:  1000 Channel Drive, Santa Barbara, CA 93108

☐ There is a related case filed with the court in this region (e.g., the related personal injury action to a petition to transfer structured settlement payments) [identify case, including case number]:

☐ Venue is otherwise proper in this region because [explain]:

Dated: September 1, 2021

*Signature of Plaintiff or Plaintiff's Counsel*

Form Adopted for Mandatory Use
Santa Barbara Superior Court
SC-2069 [New July 2018]

CEB | Essential
ceb.com | Forms™

**CIVIL CASE COVER SHEET ADDENDUM**

ZIMMIE, KATHRYN

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY |
|---|---|
| | *(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
H. TY WARNER

ELECTRONICALLY FILED
Superior Court of California
County of Santa Barbara
Darrel E. Parker, Executive Officer
9/1/2021 3:10 PM
By: Elizabeth Spann, Deputy

**YOU ARE BEING SUED BY PLAINTIFF:**

*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
KATHRYN ZIMMIE

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: | **CASE NUMBER** |
|---|---|
| *(El nombre y dirección de la corte es):* | *(Número del Caso):* 21CV03511 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA
1100 Anacapa Street
Santa Barbara, CA 93121-1107

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
ROBERT M. COHEN (SBN 40134) LAW OFFICES OF ROBERT M. COHEN
301 North Canon Drive, Suite 300 (310) 277-1127
Beverly Hills, CA 90210

| DATE: | | Clerk, by | | , Deputy |
|---|---|---|---|---|
| *(Fecha)* | 9/1/2021 | *(Secretario)* | /s/ Elizabeth Spann | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)      ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use | | | |
|---|---|---|---|
| Judicial Council of California | | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 |
| SUM-100 [Rev. July 1, 2009] | CEB Essential Forms | | *www.courtinfo.ca.gov* |
| | ceb.com | | |

ZIMMIE, KATHRYN

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS:   1100 Anacapa Street<br>CITY AND ZIP CODE:   Santa Barbara CA  93101<br>BRANCH NAME:   Anacapa | **FILED**<br>SUPERIOR COURT of CALIFORNIA<br>COUNTY of SANTA BARBARA<br>**09/01/2021**<br>Darrel E. Parker, Executive Officer<br>BY  Spann, Elizabeth<br>Deputy Clerk |
| CAPTION:<br><br>**Kathryn Zimmie vs H Ty Warner** | |
| **ORDER AND NOTICE OF CASE ASSIGNMENT;<br>NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>**21CV03511** |

The above case is hereby assigned to Judge **Thomas P Anderle** for ALL purposes, including trial.  All future matters, including ex-parte matters, are to be scheduled with the assigned judge.  Counsel shall include the name of the assigned judge in the caption of every document filed with the court.  The above-entitled case is hereby ordered set for:

**Case Management Conference on 01/04/2022 at 8:30 AM in SB Dept 3** at the court address above.

PLAINTIFF SHALL GIVE NOTICE of this assignment to ALL parties brought into the case, including but not limited to defendants, cross-defendants and intervenors.  A Proof of Service of this ORDER & NOTICE OF CASE ASSIGNMENT is to be filed with the Court within five (5) working days after service.  Failure to give notice and file proof thereof or failure to appear may result in the imposition of sanctions.  Pursuant to California Rule of Court 3.725, no later than fifteen (15) calendar days before the date set for the Case Management Conference, each party must file a Case Management Statement (Judicial Council form CM110).  In lieu of each party filing a separate Case Management Statement, any two or more parties may file a joint statement.

Appearance by Zoom video conference is currently optional for Civil Case Management Conferences.
Use the links provided to access the Remote Hearing Information flyer in English
https://www.sbcourts.org/gi/notices/Zoom_Instructions.pdf, and in Spanish
https://www.sbcourts.org/gi/notices/Zoom_InstructionsSP.pdf.  Or visit the to the court's website at www.sbcourts.org and click on Remote Appearance by Zoom.

At the Court's discretion counsel, parties and insurance representatives (if any) with full settlement authority may be required to attend a CADRe Information Meeting within ten (10) days of the Conference date.

Dated:   9/1/2021 _____

_____
Judge of the Superior Court
Pauline Maxwell

---

### CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this action and that a true copy of the foregoing was mailed first class, postage prepaid, in a sealed envelope addressed as shown, and that the mailing of the foregoing and execution of this certificate occurred at (*place*): Santa Barbara, California on: 09/01/21.

Robert M Cohen
Law Offices of Robert M Cohen
301 N Canon Drive Suite 300
Beverly Hills CA  90210

| Darrel E. Parker, Executive Officer | By | _____ Elizabeth Spann | Deputy Clerk |
|---|---|---|---|

| SC-2028 [Rev. 7/1/02] | **ORDER & NOTICE OF CASE ASSIGNMENT<br>NOTICE OF CASE MANAGEMENT CONFERENCE** | Local Rule 1309<br>CRC 3.222 |
|---|---|---|

ELECTRONICALLY FILED
Superior Court of California
County of Santa Barbara
Darrel E. Parker, Executive Officer
9/1/2021 4:56 PM
By: Terri Chavez, Deputy

1  Robert M. Cohen (SBN: 40134)
2  bob@bobcohenesq.com
   **LAW OFFICES OF ROBERT M. COHEN**
3  301 N. Canon Drive, Suite 300
4  Beverly Hills, CA  90210
   Telephone: (310) 277-1127
5

6

7

8          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
                    **COUNTY OF SANTA BARBARA**
9

10  KATHRYN ZIMMIE,                    CIVIL ACTION FILE
11          Plaintiff,                 No.   21 CV 03511
12          v.                         **VERIFIED APPLICATION OF**
                                       **DOMESTIC LAWYER**
13                                     **WILLIAM T. GIBBS FOR**
14  H. TY WARNER,                      **ADMISSION *PRO HAC VICE***
15          Defendant.
16

17  _____

18          AND NOW comes William T. Gibbs, Esquire, pursuant to California Rule of

19  Court Rule 9.40, and files this Verified Application of Domestic Lawyer William

20  T. Gibbs for Admission *Pro Hac Vice,* requesting that this Honorable Court

21  approve his application for admission *Pro Hac Vice* to participate in the above-

22  captioned litigation on behalf of Plaintiff Kathryn Zimmie, alleging in support

23  thereof as follows:

24          1. My office address, telephone number, email address and residential address

25  are as follows:

26

27

28

William T. Gibbs
IL Supreme Court ID No. 6282949
Corboy & Demetrio, P.C.
33 North Dearborn Street, 21st Floor
Chicago, IL 60602
Phone: (312) 346-3191
Facsimile: (312) 346-5562
Email: wtg@corboydemetrio.com

Residential: 2631 North Mildred
Chicago, IL 60614

2.      I am admitted to the following Court and I am currently a

member in good standing therein.

   a)  Admitted to the State Bar of Illinois on November 4, 2004 through the

    present date.

3.      I am in good standing in the above listed court.

4.      I am not currently suspended and/or disbarred in any court.

5.      I have not filed for *pro hac vice* in the State of California in the last

two years.

6.      I have never had an admission *pro hac vice* revoked or denied in the

State of California.

2

7.      The California State Attorney who will be sponsoring me in the above-caption matter is Robert M. Cohen, Esquire, of Law Offices of Robert M. Cohen, and his contact information is as follows:

Robert M. Cohen, Esquire
California  Bar No. 40134
LAW OFFICES OF ROBERT M. COHEN
301 N. Canon Drive, Suite 300
277-1127Beverly Hills, CA  90210
Phone:  (310) 277-1127
Email:  bob@bobcohenesq.com

8.      Robert M. Cohen, Esquire is an active member in good standing of the State Bar of California.

9.      Robert M. Cohen , Esquire shall appear of record with me in the above-styled action.

11.     I am hereby seeking permission to appear as counsel pro hac vice and paying $50 to the State Bar of California and hereby serving them with a copy of this application and will also send a copy of the notice of hearing to the State Bar of California.

I hereby attest that the above information is true and correct to the best of my information and belief under penalty of perjury.

Dated:  September 1, 2021 ·                    Respectfully submitted,

William T. Gibbs

3

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

William Thomas Gibbs

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/04/2004 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 6th day of May, 2021.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois



RECEIVED
ATTY. WTG
FILE

MAY 1 0 2021

CORBOY & DEMETRIO
Recpt_____Dock._____Lawy
_____Sum. _____Asst _____Clerk

ELECTRONICALLY FILED
Superior Court of California
County of Santa Barbara
Darrel E. Parker, Executive Officer
9/1/2021 4:56 PM
By: Terri Chavez, Deputy

1  Robert M. Cohen (SBN 40134)
2  bob@bobcohenesq.com
   **LAW OFFICES OF ROBERT M. COHEN**
3  301 N. Canon Drive, Suite 300
4  Beverly Hills, CA  90210
   Telephone:  (310) 277-1127
5

6

7

8         **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
              **COUNTY OF SANTA BARBARA**
9

10  KATHRYN ZIMMIE
11              Plaintiff,              CIVIL ACTION FILE
                                        No.  21 CV 03511
12          v.                          **VERIFIED APPLICATION OF**
                                        **DOMESTIC LAWYER JASON E.**
13                                      **LUCKASEVIC FOR ADMISSION**
14  H. TY WARNER,                       *PRO HAC VICE*
15              Defendant.
16

17  _____

18          AND NOW comes Jason E. Luckasevic, Esquire, pursuant to California Rule

19  of Court Rule 9.40, and files this Verified Application of Domestic Lawyer Jason

20  E. Luckasevic for Admission *Pro Hac Vice,* requesting that this Honorable Court

21  approve his application for admission *Pro Hac Vice* to participate in the above-

22  captioned litigation on behalf of Plaintiff Kathryn Zimmie, alleging in support
23
    thereof as follows:
24
            1.    My office address, telephone number, email address and residential
25
26  address are as follows:

27

28

                                        1
                        APPLICATION FOR PRO HAC VICE

Jason E. Luckasevic, Esquire
PA Supreme Court ID No. 85557
Goldberg, Persky & White, P.C.
11 Stanwix Street, Suite 1800
Pittsburgh, PA 15222
Phone: (412) 471-3980, ext. 460
Facsimile: (412) 471-8308
Email: jluckasevic@gpwlaw.com

Residential: 4 Wood Ibis Road
Hilton Head, SC 29928

2.      I am admitted to the following Courts and I am currently a member in good standing therein.

a)  Admitted to the State Bar of Pennsylvania on October 12, 2000 through the present date.

b)  Admitted to the U.S. District Court, Western District of Pennsylvania on June 1, 2001 through the present date.

c)  Admitted to the Supreme Court of the United States on March 8, 2010 through the present date.

d)  Admitted to the State Bar of Arizona on October 22, 2010 through the present date.

e)  Admitted to the  State Bar of Michigan on August 20, 2010 through the present date.

f)  Admitted to the U.S. District Court for the Eastern District of Pennsylvania on February 12, 2012 through the present date.

3.      I am in good standing in all of the above listed courts.

2

APPLICATION FOR PRO HAC VICE

4.   I am not currently suspended and/or disbarred in any court.

5.   I have not filed for *pro hac vice* in the State of California in the last two years.

6.   I have never had an admission *pro hac vice* revoked or denied in the State of California.

7.   The California State Attorney who will be sponsoring me in the above-captioned matter is Robert M. Cohen, Esquire, of Law Offices of Robert M. Cohen, and his contact information is as follows:

> Robert M. Cohen, Esquire
> California State Bar No. 40134
> LAW OFFICES OF ROBERT M. COHEN
> 301 N. Canon Drive, Suite 300
> Beverly Hills, CA 90210
> Phone: (310) 277-1127
> Email: bob@bobcohenesq.com

8.   Robert M. Cohen, Esquire is an active member in good standing of the State Bar of California.

9.   Robert M. Cohen , Esquire shall appear of record with me in the above-styled action.

10.   I am hereby seeking permission to appear as counsel pro hac vice and paying $50 to the State Bar of California and hereby serving them with a copy of this application and will also send a copy of the notice of hearing to the State Bar of California.

3

I hereby attest that the above information is true and correct to the best of my information and belief under penalty of perjury under the laws of the State of California.

Dated:  September 1, 2021                    Respectfully submitted,

Jason E. Luckasevic

Pursuant to CRC 2.259 this document has been electronically filed by the
Superior Court of California, County of Santa Barbara, on 9/2/2021

1 | Robert M. Cohen, (CA State Bar No. 40134)
**LAW OFFICES OF ROBERT M. COHEN**
2 | 301 North Canon Drive, Suite 300
Beverly Hills, CA  90210
3 | Telephone  :   310-277-1127

4 | Jason E. Luckasevic (PA State Bar No. 85557)
**GOLDBERG, PERSKY & WHITE, P.C.**
5 | 11 Stanwix Street, Suite 1800
Pittsburgh, PA 15222
6 | Telephone: 412-471-3980
Facsimile: 412-471-8308
7 |

8 | William T. Gibbs (IL State Bar No. 6282949)
**CORBOY & DEMETRIO**
33 North Dearborn Street, 21st Floor
9 | Chicago, IL 60602
Telephone: 312-346-3191
10 |

Attorneys for Plaintiff
11 |

**F I L E D**
SUPERIOR COURT of CALIFORNIA
COUNTY of SANTA BARBARA
**09/03/2021**
Darrel E. Parker, Executive Officer
BY  Spann, Elizabeth
Deputy Clerk

12 | ## SUPERIOR COURT OF THE STATE OF CALIFORNIA

13 | ## FOR THE COUNTY OF SANTA BARBARA

14 |

15 | KATHRYN ZIMMIE,                    **CASE NO.  21 CV 03511**

16 |                    Plaintiff,

17 | vs.                      [~~PROPOSED~~] ORDER RE VERIFIED
APPLICATION   OF   DOMESTIC
LAWYER  WILLIAM  T.  GIBBS  FOR
18 | H. TY WARNER,                 ADMISSION *PRO HAC VICE* ON
BEHALF  OF  PLAINTIFF,  KATHRYN
19 |                    Defendant.          ZIMMIE

20 |

21 |

22 |        William T. Gibbs (IL State Bar No. 6282949) Verified Application For Admission

23 | *Pro Hac Vice* on behalf of Plaintiff, Kathryn Zimmie is granted.

24 |

25 | DATED:  **09/03/2021**
JUDGE OF THE SUPERIOR COURT

26 |                             **Thomas P. Anderle**

27 |

28 |

**ZIMMIE V. WARNER**                           CASE NO. 21 CV 03511
J:\Zimmie, Katie\Pleadings\2021-09-01 PROPOSED ORDER RE GIBBS.wpd          PAGE 1
[~~PROPOSED~~] ORDER RE VERIFIED APPLICATION OF DOMESTIC LAWYER
WILLIAM T. GIBBS FOR ADMISSION *PRO HAC VICE* ON BEHALF OF PLAINTIFF,
KATHRYN ZIMMIE

LAW OFFICES
ROBERT M. COHEN
301 North Canon Drive, Suite 300
Beverly Hills, California 90210
(310) 277-1127

Pursuant to CRC 2.259 this document has been electronically filed by the
Superior Court of California, County of Santa Barbara, on 9/2/2021

1  Robert M. Cohen, (CA State Bar No. 40134)
   **LAW OFFICES OF ROBERT M. COHEN**
2  301 North Canon Drive, Suite 300
   Beverly Hills, CA  90210
3  Telephone  :   310-277-1127

4  Jason E. Luckasevic (PA State Bar No. 85557)
   **GOLDBERG, PERSKY & WHITE, P.C.**
5  11 Stanwix Street, Suite 1800
   Pittsburgh, PA 15222
6  Telephone: 412-471-3980
   Facsimile: 412-471-8308
7
   William T. Gibbs (IL State Bar No. 6282949
8  **CORBOY & DEMETRIO**
   33 North Dearborn Street, 21st Floor
9  Chicago, IL 60602
   Telephone: 312-346-3191
10
   Attorneys for Plaintiff
11

12          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

13              **FOR THE COUNTY OF SANTA BARBARA**

14

15  KATHRYN ZIMMIE,                    )   **CASE NO.  21 CV 03511**
                                       )
16              Plaintiff,             )
                                       )   [PROPOSED] ORDER RE VERIFIED
17      vs.                            )   APPLICATION   OF   DOMESTIC
                                       )   LAWYER  JASON  E.  LUCKASEVIC
18  H. TY WARNER,                      )   FOR ADMISSION *PRO HAC VICE* ON
                                       )   BEHALF  OF  PLAINTIFF,  KATHRYN
19              Defendant.             )   ZIMMIE
                                       )
20                                     )
                                       )
21                                     )

22          Jason E. Lucksasevic's (PA State Bar No. 85557) Verified Application For

23  Admission *Pro Hac Vice* on behalf of Plaintiff, KATHRYN ZIMMIE, is granted.

24

25  DATED:_____09/03/2021_____          _____
                                        JUDGE OF THE SUPERIOR COURT
26                                              **Thomas P. Anderle**

27

28

**ZIMMIE V. WARNER**                                    CASE NO. 21 CV 03511
                                                                    PAGE 1
J:\Zimmie, Katie\Pleadings\2021-09-01 PROPOSED ORDER RE LUCKASEVIC.wpd
[PROPOSED] ORDER RE VERIFIED APPLICATION OF DOMESTIC LAWYER
JASON E. LUCKASEVIC FOR ADMISSION *PRO HAC VICE* ON BEHALF OF
PLAINTIFF, KATHRYN ZIMMIE

**F I L E D**
SUPERIOR COURT of CALIFORNIA
COUNTY of SANTA BARBARA
**09/03/2021**
Darrel E. Parker, Executive Officer
BY  Spann, Elizabeth
                              Deputy Clerk

**LAW OFFICES
ROBERT M. COHEN**
301 NorthCanon Drive, Suite 300
Beverly Hills, California  90210
(310) 277-1127

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| ROBERT M. COHEN  40134<br>LAW OFFICES OF ROBERT M. COHEN<br>301 North Canon Drive, Suite 300<br>Beverly Hills, CA 90210<br>TELEPHONE NO.: (310) 277-1127   FAX NO. *(Optional):* (310) 277-6722<br>E-MAIL ADDRESS *(Optional):* bob@bobcohenesq.com<br>ATTORNEY FOR *(Name):* KATHRYN ZIMMIE | ELECTRONICALLY FILED<br>Superior Court of California<br>County of Santa Barbara<br>Darrel E. Parker, Executive Officer<br>9/9/2021 4:03 PM<br>By: Elizabeth Spann, Deputy |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   SANTA BARBARA | |
|---|---|
| STREET ADDRESS: 1100 Anacapa Street<br>MAILING ADDRESS: Box 21107<br>CITY AND ZIP CODE: Santa Barbara, CA 93121-1107<br>BRANCH NAME: Anacapa Division | |
| PLAINTIFF/PETITIONER:   KATHRYN ZIMMIE | CASE NUMBER: |
| DEFENDANT/RESPONDENT:   H. TY WARNER | *21CV03511* |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)* : Civil Case Cover Sheet Addendum

3. a. Party served *(specify name of party as shown on documents served):*
      H. TY WARNER, Defendant

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   By Electronic Mail to:   Gregory J. Scandaglia, Esq.;
   Email Address:  GScandaglia@scandagliaryan.com

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)* :                                      (2) at *(time)* :
   b. ☐ **by substituted service.** On *(date)* :                   at *(time)* :            I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)* :            from *(city)* :            **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | CEB® Essential Forms<br>ceb.com | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|---|

| PLAINTIFF/PETITIONER: KATHRYN ZIMMIE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: H. TY WARNER | 21CV03511 |

Electronically mailed

5. c. ☒ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the
address shown in item 4, by first-class mail, postage prepaid, XXXXXX

   (1) on *(date)*: September 2, 2021    (2)    from *(city)*: Beverly Hills, CA 90210

   (3) ☒ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed
to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☒ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify)*:

  c. ☐ as occupant.

  d. ☐ On behalf of *(specify)*:

   under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)        ☐ 415.95 (business organization, form unknown)

    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)

    ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)

    ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)

    ☐ 416.50 (public entity)         ☐ 415.46 (occupant)

                            ☐ other:

7. **Person who served papers**

  a. Name: Robert M. Cohen, Esq.

  b. Address: 301 N. Canon Drive, Suite 300, Beverly Hills, CA 90210

  c. Telephone number: 310-277-1127

  d. **The fee** for service was: $       0.00

  e. I am:

   (1) ☒ not a registered California process server.

   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

   (3) ☐ registered California process server:

    (i) ☐ owner   ☐ employee   ☐ independent contractor.

    (ii) Registration No.:

    (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: September 9, 2021

ROBERT M. COHEN
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_(signature)_
(SIGNATURE)

CEB® Essential Forms
ceb.com

ZIMMIE, KATHRYN

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| ROBERT M. COHEN                              40134<br>LAW OFFICES OF ROBERT M. COHEN<br>301 North Canon Drive, Suite 300<br>Beverly Hills, CA 90210<br>TELEPHONE NO.: (310) 277-1127     FAX NO.*(Optional):* (310) 277-6722<br>E-MAIL ADDRESS *(Optional):*  bob@bobcohenesq.com<br>ATTORNEY FOR *(Name):*  KATHRYN ZIMMIE | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   SANTA BARBARA
STREET ADDRESS:  1100 Anacapa Street
MAILING ADDRESS:  Box 21107
CITY AND ZIP CODE:  Santa Barbara, CA 93121-1107
BRANCH NAME:  Anacapa Division

PLAINTIFF/PETITIONER: KATHRYN ZIMMIE

DEFENDANT/RESPONDENT:H. TY WARNER

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL | CASE NUMBER:<br>21 CV 03511 |
|---|---|

TO *(insert name of party being served):*  H. TY WARNER, DEFENDANT

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

By Electronic Mail
Date of mailing: September 2 , 2021

ROBERT M. COHEN
(TYPE OR PRINT NAME)                                      ► _____
                                                          (SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*
1. ☒ A copy of the summons and of the complaint.
2. ☒ Other *(specify):*
   Civil Case Cover Sheet;
   Civil Case Cover Sheet Addendum

*(To be completed by recipient):*

Date this form is signed:                                 PDF/E-MAIL SIGNATURE ATTACHED

► _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,        (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                        ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |
|---|---|---|

CEB | Essential
ceb.com | Forms

ZIMMIE, KATHRYN

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| ROBERT M. COHEN                    40134<br>LAW OFFICES OF ROBERT M. COHEN<br>301 North Canon Drive, Suite 300<br>Beverly Hills, CA 90210<br>TELEPHONE NO.: (310) 277-1127    FAX NO.*(Optional):* (310) 277-6722<br>E-MAIL ADDRESS *(Optional):* bob@bobcohenesq.com<br>ATTORNEY FOR *(Name):* KATHRYN ZIMMIE | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   SANTA BARBARA
STREET ADDRESS: 1100 Anacapa Street
MAILING ADDRESS: Box 21107
CITY AND ZIP CODE: Santa Barbara, CA 93121-1107
BRANCH NAME: Anacapa Division

PLAINTIFF/PETITIONER: KATHRYN ZIMMIE

DEFENDANT/RESPONDENT: H. TY WARNER

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL | CASE NUMBER:<br>21 CV 03511 |
|---|---|

TO *(insert name of party being served):* H. TY WARNER, DEFENDANT

---

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

By Electronic Mail
Date of mailing: September __, 2021

ROBERT M. COHEN
(TYPE OR PRINT NAME)                          ▶ _(signature)_
                                              (SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing)*:
1. ☐ A copy of the summons and of the complaint.
2. ☒ Other *(specify):*
   Conformed Copy of Order and Notice of Case Assignment; Notice of Case Management
   Conference, filed September 1, 2021.

*(To be completed by recipient)*
Date this form is signed: 9/8/21

Gregory Scandalios on behalf of H. Ty Warner          ▶ _(signature)_
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,    (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                    ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005]   CEB | Essential<br>ceb.com | Forms
NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL         Code of Civil Procedure,
                                                      §§ 415.30, 417.10
                                                      www.courtinfo.ca.gov

ZIMMIE, KATHRYN

POS-050/EFS-050

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:        STATE BAR NO:<br>NAME: ROBERT M. COHEN 40134<br>FIRM NAME: LAW OFFICES OF ROBERT M. COHEN<br>STREET ADDRESS: 301 North Canon Drive, Suite 300<br>CITY: Beverly Hills        STATE: CA ZIP CODE: 90210<br>TELEPHONE NO.: (310) 277-1127   FAX NO.: (310) 277-6722<br>E-MAIL ADDRESS: bob@bobcohenesq.com<br>ATTORNEY FOR (name): KATHRYN ZIMMIE | *FOR COURT USE ONLY*<br><br>ELECTRONICALLY FILED<br>Superior Court of California<br>County of Santa Barbara<br>Darrel E. Parker, Executive Officer<br>9/13/2021 4:48 PM<br>By: Elizabeth Spann, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA<br>STREET ADDRESS: 1100 Anacapa Street<br>MAILING ADDRESS: Box 21107<br>CITY AND ZIP CODE: Santa Barbara, CA 93121-1107<br>BRANCH NAME: Anacapa Division | |
| PLAINTIFF/PETITIONER: KATHRYN ZIMMIE | CASE NUMBER:<br>21 CV03511 |
| DEFENDANT/RESPONDENT: H. TY WARNER | JUDICIAL OFFICER:<br>Thomas P. Anderle |
| **PROOF OF ELECTRONIC SERVICE** | DEPARTMENT:<br>3 |

1.  I am at least 18 years old.

    a.  My residence or business address is *(specify):*
        301 N. Canon Drive, Suite 300
        Beverly Hills, CA 90210

    b.  My electronic service address is *(specify):*
        bob@bobcohenesq.com

2.  I electronically served the following documents *(exact titles):*
    ORDER AND NOTICE OF CASE ASSIGNMENT; NOTICE OF CASE MANAGEMENT
    CONFERENCE (Notice and Acknowledgment of Receipt is attached)

    ☐ The documents served are listed in an attachment. *(Form POS-050(D)/EFS-050(D) may be used for this purpose.)*

3.  I electronically served the documents listed in 2 as follows:

    a.  Name of person served:  GREGORY J. SCANDAGLIA, ESQ.
        On behalf of *(name or names of parties represented, if person served is an attorney):*
        H. TY WARNER

    b.  Electronic service address of person served:   GScandaglia@scandagliaryan.com

    c.  On *(date):*  SEPTEMBER 7, 2021

    ☐ The documents listed in item 2 were served electronically on the persons and in the manner described in an attachment.
       *(Form POS-050(P)/EFS-050(P) may be used for this purpose.)*

Date:    September 13, 2021

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

ROBERT M. COHEN                                                ►
_____                                        _____
(TYPE OR PRINT NAME OF DECLARANT)                              (SIGNATURE OF DECLARANT)

Page 1 of 1

CEB  Essential
ceb.com  Forms

ZIMMIE, KATHRYN

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| ROBERT M. COHEN                                    40134<br>LAW OFFICES OF ROBERT M. COHEN<br>301 North Canon Drive, Suite 300<br>Beverly Hills, CA 90210<br>TELEPHONE NO.: (310) 277-1127    FAX NO.*(Optional):* (310) 277-6722<br>E-MAIL ADDRESS *(Optional):* bob@bobcohenesq.com<br>ATTORNEY FOR *(Name):* KATHRYN ZIMMIE | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   SANTA BARBARA
STREET ADDRESS: 1100 Anacapa Street
MAILING ADDRESS: Box 21107
CITY AND ZIP CODE: Santa Barbara, CA 93121-1107
BRANCH NAME: Anacapa Division

PLAINTIFF/PETITIONER: KATHRYN ZIMMIE

DEFENDANT/RESPONDENT: H. TY WARNER

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL | CASE NUMBER:<br>21 CV 03511 |
|---|---|

TO *(insert name of party being served):* H. TY WARNER, DEFENDANT

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

By Electronic Mail
Date of mailing: September 7, 2021

ROBERT M. COHEN
(TYPE OR PRINT NAME)                                    (SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing)*:
1. ☐ A copy of the summons and of the complaint.
2. ☒ Other *(specify):*
   Conformed Copy of Order and Notice of Case Assignment; Notice of Case Management Conference, filed September 1, 2021.

*(To be completed by recipient)*:

Date this form is signed: 9/8/21

Gregory Scancalia on behalf of H.Ty Warner
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,       (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                        ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | CEB Essential Forms<br>ceb.com | NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |

ZIMMIE, KATHRYN

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| ROBERT M. COHEN          40134 <br> LAW OFFICES OF ROBERT M. COHEN <br> 301 North Canon Drive, Suite 300 <br> Beverly Hills, CA 90210 <br> TELEPHONE NO.: (310) 277-1127   FAX NO. *(Optional):* (310) 277-6722 <br> E-MAIL ADDRESS *(Optional):* bob@bobcohenesq.com <br> ATTORNEY FOR *(Name):* KATHRYN ZIMMIE | **ELECTRONICALLY FILED** <br> **Superior Court of California** <br> **County of Santa Barbara** <br> **Darrel E. Parker, Executive Officer** <br> **9/14/2021 11:01 AM** <br> **By: Sarah Sisto, Deputy** |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   SANTA BARBARA |
|---|
| STREET ADDRESS: 1100 Anacapa Street <br> MAILING ADDRESS: Box 21107 <br> CITY AND ZIP CODE: Santa Barbara, CA 93121-1107 <br> BRANCH NAME: Anacapa Division |

| PLAINTIFF/PETITIONER:   KATHRYN ZIMMIE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   H. TY WARNER | 21 CV -3511 |

| AMENDED        PROOF OF SERVICE OF SUMMONS | Ref. No. or File No. |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):* Civil Case Cover Sheet Addendum

3. a. Party served *(specify name of party as shown on documents served):*
      H. TY WARNER, Defendant

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   By Electronic Mail to:  Gregory J. Scandaglia, Esq.;
   Email Address:  GScandaglia@scandagliaryan.com

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:                          (2) at *(time)*:
   b. ☐ **by substituted service.** On *(date)*:              at *(time)*:              I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:              from *(city):*              or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | CEB • Essential Forms <br> ceb.com | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|---|

ZIMMIE, KATHRYN

| PLAINTIFF/PETITIONER: KATHRYN ZIMMIE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: H. TY WARNER | 21 CV03511 |

5.  c.  ☒ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the
Electronically mailed
address shown in item 4, by first-class mail, postage prepaid, xxxxxx

   (1) on *(date)*: September 2, 2021          (2)  from *(city)*:  Beverly Hills, CA 90210

   (3) ☒ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed
      to me. *(Attach completed* Notice and Acknowledgment of Receipt.*) (Code Civ. Proc., § 415.30.)*

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)* :
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)* :
      under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7.  **Person who served papers**
   a. Name: Robert M. Cohen, Esq.
   b. Address: 301 N. Canon Drive, Suite 300, Beverly Hills, CA 90210
   c. Telephone number: 310-277-1127
   d. **The fee** for service was: $          0.00
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
         (i)  ☐ owner   ☐ employee   ☐ independent contractor.
         (ii)  Registration No.:
         (iii)  County:

8.  ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or

9.  ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:  September 13, 2021

ROBERT M. COHEN
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                                (SIGNATURE)

CEB® | Essential
ceb.com | ⚖ Forms®

ZIMMIE, KATHRYN

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| ROBERT M. COHEN                    40134<br>LAW OFFICES OF ROBERT M. COHEN<br>301 North Canon Drive, Suite 300<br>Beverly Hills, CA 90210<br>TELEPHONE NO.: (310) 277-1127       FAX NO.*(Optional):* (310) 277-6722<br>E-MAIL ADDRESS *(Optional):* bob@bobcohenesq.com<br>ATTORNEY FOR *(Name):* KATHRYN ZIMMIE | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   SANTA BARBARA
STREET ADDRESS: 1100 Anacapa Street
MAILING ADDRESS: Box 21107
CITY AND ZIP CODE: Santa Barbara, CA 93121-1107
BRANCH NAME: Anacapa Division

PLAINTIFF/PETITIONER: KATHRYN ZIMMIE

DEFENDANT/RESPONDENT: H. TY WARNER

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL | CASE NUMBER:<br>21 CV 03511 |
|---|---|

TO *(insert name of party being served):* H. TY WARNER, DEFENDANT

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

By Electronic Mail
Date of mailing: September 2, 2021

ROBERT M. COHEN
(TYPE OR PRINT NAME)                          ► _____
                                              (SIGNATURE OF SENDER-MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing)*:
1. [X] A copy of the summons and of the complaint.
2. [X] Other *(specify)*:
    Civil Case Cover Sheet;
    Civil Case Cover Sheet Addendum

*(To be completed by recipient)*:
Date this form is signed: 9/4/21

George Scarola on behalf of H. Ty Warner                ► _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,          (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                          ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

---

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 (Rev. January 1, 2005)   CEB Essential Forms   ceb.com   NOTICE AND ACKNOWLEDGMENT OF RECEIPT - CIVIL
Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

ZIMMIE, KATHRYN