# DECLARATION OF H. TY WARNER
# IN SUPPORT OF H. TY WARNER'S
# NOTICE OF REMOVAL

**Exhibit C**

Jared M. Katz, SBN 173388
Mullen & Henzell L.L.P.
112 East Victoria Street
Santa Barbara, CA 93101-2019
Telephone: (805) 966-1501
Facsimile: (805) 966-9204
Email:     jkatz@mullenlaw.com

Attorneys for Defendant H. Ty Warner

# IN THE UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN ZIMMIE,<br><br>Plaintiff,<br><br>v.<br><br>H. TY WARNER,<br><br>Defendant. | Case No. _____<br><br>**DECLARATION OF H. TY WARNER IN SUPPORT OF H. TY WARNER'S NOTICE OF REMOVAL**<br><br><br>Action Removed October 1, 2021 |

Based on personal knowledge and pursuant to 28 U.S.C. §1746, H. Ty Warner, the undersigned, states as follows:

1.   My name is H. Ty Warner. I have been named as a Defendant in the above-titled action. I, in my individual and personal capacity, am submitting this Declaration in support of my Notice of Removal.

2.   I have first-hand knowledge of the statements made herein unless otherwise noted, and these statements are true and accurate to the best of my knowledge.

3.   I was born and raised in Chicago, Illinois.

4.   Except for a brief period of time many years ago, I have resided and worked in Illinois throughout my entire life.

1

DECLARATION OF H. TY WARNER

1       5.   My home is located in Oak Brook, Illinois.  I have resided at this property

2  since I first acquired it in 1990.  I own my home through an Illinois trust.

3       6.   I am the founder, owner, Chairman, and Chief Executive Officer of Ty

4  Inc., which is a corporation incorporated in Delaware.  Ty Inc.'s principal place of

5  business is located at 280 Chestnut Avenue, Westmont, Illinois.

6       7.   I am the founder and owner of Ty Warner Hotels & Resorts, LLC

7  ("TWHR"), which is an LLC organized in Delaware.  TWHR's principal place of

8  business is located at 280 Chestnut Avenue, Westmont, Illinois.

9       8.   Ty Inc. and TWHR employ 160 people in their Westmont headquarters.

10       9.   My professional activities are devoted primarily to Ty Inc., TWHR, and

11  their affiliates.

12       10.  My primary business office is located at the primary place of business for

13  Ty Inc. and TWHR, which is 280 Chestnut Avenue, Westmont, Illinois.  I routinely

14  work out of this office.  Prior to the onset of the Covid-19 pandemic, I spent the

15  significant majority of my professional time at this office.

16       11.  In every year since at least 1965, I have filed and paid state income tax in

17  Illinois.

18       12.  In every year since at least 1976, I have filed and paid state or local

19  property taxes in Illinois.

20       13.  I have held a valid Illinois driver's license since 1960.

21       14.  I have a United States passport.  I have listed either my home address in

22  Illinois or my business address in Illinois in my passport application filed with the

23  United States Department of State in connection with the issuance or renewal of my

24  passport.

25       15.  My primary car is a Jeep.  At all times since I acquired the vehicle, it has

26  been registered in Illinois and maintained at my home in Oak Brook, Illinois.

27       16.  My personal bills are sent to my office in Westmont, Illinois.

28

2

DECLARATION OF H. TY WARNER

1    17.  I have two bank accounts, two investment accounts, and an IRA in my

2    personal name.  Each of these accounts is located in Illinois.  To the best of my

3    knowledge, my office in Westmont, Illinois is the address of record for each of these

4    accounts.

5    18.  My primary attorney, my investment advisor, and my doctors are all

6    located in Illinois.

7    19.  In addition to my home and professional activities, I have substantial

8    community ties to Westmont, Illinois and the state of Illinois.  For example, I

9    contributed all of the funds necessary to build a 36-acre community park (the "Ty

10   Warner Park") in Westmont, Illinois, which bears my name.  The Ty Warner Park is

11   an important part of the community and hosts the annual 4th of July fireworks, as well

12   as a number of festivals throughout the year.  The Ty Warner Park includes a picnic

13   area with grills, a gazebo, a playground, concessions, a spray park, tennis courts,

14   baseball fields, soccer fields, a sand volleyball court, disc golf, a walking path, a sled

15   hill, fishing, and a zip line for kids.  It was recently expanded with the addition of the

16   FMC Natatorium at Ty Warner Park built on land that I donated.  I was personally

17   and extensively involved with the design and development of the park because I feel a

18   strong connection to the Westmont community, where I have had my office for many

19   years.  Also, through Ty Inc. and TWHR, I have directed contributions to a number of

20   charities that are based and/or primarily provide services in Illinois.  These charities

21   include: Advocate Good Samaritan Hospital, Another Chance Church, Casa of Will

22   County, Cradles to Crayons, the Illinois State Police Heritage Foundation, Toys for

23   Hospitalized Children, and Village of Lemont Police Department.

24   20.  I have been involved in a variety of litigation matters over the years.  In

25   connection with those matters, I have consistently identified myself as an Illinois

26   citizen in depositions, discovery responses, affidavits, and pleadings, including in the

27   complaint that my attorneys filed in March 2021 in the Northern District of Illinois

28   captioned Warner v. Zimmie, Case No. 21 CV 1390.

3

DECLARATION OF H. TY WARNER

21.  Contrary to Kathryn Zimmie's ("Ms. Zimmie") assertions, I do not live in California.

22.  During 2019, I spent most of my time Illinois.  I spent less than 30 days in California during 2019.

23.  In February 2020, I traveled from Chicago to Santa Barbara.  Shortly thereafter, the Covid-19 pandemic hit the United States.  I am 77 years old, and I have been uncomfortable traveling during the pandemic.  Prior to the onset of Covid-19, I regularly traveled multiple times every month, both within the United States and internationally, primarily for work and also at times for personal reasons.  However, I have not traveled across national or state borders since February of 2020 because of Covid-19.

24.  It is highly unusual for me to spend any considerable amount of time in California. I spend the majority of my time in Illinois, and I spend time in California on a limited basis.  To the best of my recollection, between 2015 and 2019, I spent an average of only approximately 30 days per year in California.  The additional time that I have spent in California since February of 2020 has been solely a consequence of the pandemic.

25.  I do not have any substantial ties to California in my individual capacity.

26.  I do not personally own any real property in California.

27.  I do not own a home in California. The house located at 1000 Channel Drive, Santa Barbara, California ("Channel Drive Property") is owned by a Delaware limited liability company.

28.  I have never had a driver's license issued by California.

29.  I have never had any bank accounts or investment accounts located in California.

30.  I do not have personal bills sent to me in California.

31.  I do not list a California residence on any personal documents.

32.  I do not have a business office that I routinely work out of in California.

4

DECLARATION OF H. TY WARNER

1   33.  I have been sued personally in California in prior unrelated litigation. In

2   2000, the Superior Court of the State of California for the County of San Luis Obispo

3   held that it had no jurisdiction over me in *Kreowski v. Warner*, Case No. CV 990875.

4   In 2005, the United States District Court for the Central District of California also

5   held that it did not have personal jurisdiction over me in *Amakua Dev., LLC v.*

6   *Warner*, Case No. 04-cv-08780-SJO-RNB.

7   34.  Although I am currently staying at the Channel Drive Property, I plan to

8   return to home in Oak Brook, Illinois when I feel it is safe to travel.  I do not intend to

9   remain in California indefinitely or permanently.  I have no intention to change my

10  residency or my citizenship to California.

11  35.  During the 44 years that I have known Ms. Zimmie, she has lived in Ohio.

12  36.  To my knowledge, Ms. Zimmie has an Ohio driver's license; owns a car

13  registered in Ohio; owns a condo in Ohio, which has been her primary residence for

14  many years; has insurance in Ohio, and pays taxes in Ohio.

15

16  I declare under penalty of perjury under the laws of the State of California that

17  the foregoing is true and correct, and that this declaration is executed on the 1st of

18  October 2021, at Santa Barbara, California.

19

20

21

22  H. Ty Warner

23

24

25

26

27

28

DECLARATION OF H. TY WARNER