# DECLARATION OF CATHY HWANG
# IN SUPPORT OF H. TY WARNER'S
# NOTICE OF REMOVAL

**Exhibit D**

Jared M. Katz, SBN 173388
**Mullen & Henzell L.L.P.**
112 East Victoria Street
Santa Barbara, CA  93101-2019
Telephone:    (805) 966-1501
Facsimile:    (805) 966-9204
Email:        *jkatz@mullenlaw.com*

Attorneys for Defendant H. Ty Warner

# IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN ZIMMIE,<br><br>         Plaintiff,<br><br>v.<br><br>H. TY WARNER,<br><br>         Defendant. | Case No. _____<br><br>**DECLARATION OF CATHY HWANG IN SUPPORT OF H. TY WARNER'S NOTICE OF REMOVAL**<br><br>Action Removed October 1, 2021 |

Based on personal knowledge and pursuant to 28 U.S.C. §1746, Cathy Hwang, the undersigned, states as follows:

1. My name is Cathy Hwang.  I am submitting this Declaration in support of Mr. Warner's Notice of Removal.

2. I have personal knowledge of the statements made herein unless otherwise noted, and these statements are true and accurate to the best of my knowledge.

3. Mr. Warner is the founder, owner, Chairman, and Chief Executive Officer of Ty Inc., which is a corporation incorporated in Delaware. Ty Inc.'s principal place of business is located at 280 Chestnut Avenue, Westmont, Illinois.

4. Mr. Warner is the founder and owner of Ty Warner Hotels & Resorts, LLC ("TWHR"), which is an LLC organized in Delaware. TWHR's principal place of business is located at 280 Chestnut Avenue, Westmont, Illinois.

5. I am the Chief Financial Officer of TWHR. In October 2021, I will have been employed by TWHR for 5 years.

6. My business office is located at 280 Chestnut Avenue, Westmont, Illinois, 60559. I routinely work out of this office.

7. During my time as an employee of TWHR, I have spent considerable time with Mr. Warner.

8. During the years that I have known Mr. Warner, he has spent a significant majority of his time in Illinois. Mr. Warner has considered and identified himself as a citizen of Illinois.

9. Through my interactions with Mr. Warner and others, I have learned that Mr. Warner lives in Oak Brook, Illinois at a property that he owns through an Illinois trust. Mr. Warner considers that property to be his home and primary residence.

10. Prior to the Covid-19 pandemic, Mr. Warner stayed at his home in Oak Brook unless he was traveling for business or personal reasons.

11. On all personal and business paperwork about which I am aware, including his personal tax returns, Mr. Warner has listed either his office address in Westmont, Illinois or his home address in Oak Brook, Illinois as the address of record.

12. Mr. Warner is actively involved in the operations of both Ty Inc. and TWHR. Mr. Warner's professional time and attention is devoted primarily to his work on behalf of Ty Inc., TWHR, and their affiliates.

13. Mr. Warner's business office is in the headquarters of Ty Inc. and TWHR, which is located at 280 Chestnut Avenue, Westmont, Illinois. Ty Inc. and TWHR employ over 160 people in their Westmont headquarters.

14. Mr. Warner routinely works out of this office. Prior to the Covid-19 pandemic, Mr. Warner was in this office on a daily basis, unless he was traveling for business or personal reasons.

15. Mr. Warner does not have any office in California that he regularly works out of.

16. As the CFO of TWHR, I have seen Mr. Warner's driver's license. Mr. Warner holds an Illinois driver's license.

17. Mr. Warner personally does not own any property in California. The property located at 1000 Channel Drive, Santa Barbara, California ("Channel Drive Property") is owned by a Delaware LLC named Fairway BB Property, LLC.

18. Mr. Warner does not consider any property in California to be his home or primary residence.

19. The assessed value of the Channel Drive Property is considerably in excess of $1,000,000.

20. Mr. Warner has substantial community ties to Westmont, Illinois and the state of Illinois. For example, he contributed all of the funds necessary to build a 36-acre community park (the "Ty Warner Park") in Westmont, Illinois, which bears his name. The Ty Warner Park is an important part of the community and hosts the annual 4th of July fireworks, as well as a number of festivals throughout the year. The Ty Warner Park includes a picnic area with grills, a gazebo, a playground, concessions, a spray park, tennis courts, baseball fields, soccer fields, a sand volleyball court, disc golf, a walking path, a sled hill, fishing, and a zip line for kids. It was recently expanded with the addition of the FMC Natatorium at Ty Warner Park built on land that Mr. Warner donated. Also, through Ty Inc. and TWHR, Mr. Warner has directed contributions to a number of charities that are based and/or primarily provide services in Illinois. These charities include Advocate Good Samaritan Hospital, Another Chance Church, Casa of Will County, Cradles to

Crayons, the Illinois State Police Heritage Foundation, Toys for Hospitalized Children, and Village of Lemont Police Department.

21. During 2019, Mr. Warner spent the majority of his time Illinois.

22. In February 2020, Mr. Warner traveled from Chicago to Santa Barbara. Shortly thereafter, the Covid-19 pandemic hit the United States.

23. As a result, Mr. Warner has remained in California during the pandemic.

24. Mr. Warner has not traveled either within the United States or internationally since February 2020. This is highly unusual for Mr. Warner as he traveled domestically and internationally for business frequently prior to the pandemic.

25. It is highly unusual for Mr. Warner to spend any considerable amount of time in California. He spends the majority of his time in Illinois and generally only spends time in California on a limited basis.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on the 30th of September 2021, at Westmont, Illinois.

*Cathy Hwang*
Cathy Hwang

G:\25660\0001\PLEAD\2021.09.24 Decl of Hwang ISO Ntc of Removal.docx

4
DECLARATION OF CATHY HWANG