NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Jared M. Katz, State Bar No. 173388
jkatz@mullenlaw.com
MULLEN & HENZELL L.L.P.
112 East Victoria Street
Santa Barbara, CA 93101-2019
Telephone (805) 966-1501

ATTORNEY(S) FOR: H. TY WARNER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KATHRYN ZIMMIE,<br><br>Plaintiff(s),<br>v.<br><br>H. TY WARNER,<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   H. TY WARNER
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| H. TY WARNER | Defendant |

October 1, 2021
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Defendant H. Ty Warner

CV-30 (05/13)                                           NOTICE OF INTERESTED PARTIES