Jared M. Katz, SBN 173388
jkatz@mullenlaw.com
Mullen & Henzell L.L.P.
112 East Victoria Street
Santa Barbara, CA 93101-2019
Telephone: (805) 966-1501
Facsimile: (805) 966-9204

Attorneys for Defendant H. Ty Warner

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| KATHRYN ZIMMIE,<br><br>Plaintiff,<br><br>v.<br><br>H. TY WARNER,<br><br>Defendant. | **Case No. 2:21-cv-07853**<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>**[Local Rule 83-1.4]** |

Pursuant to Local Rule 83-1.4, Defendant H. Ty Warner hereby provides notice of the following case pending in the Northern District of Illinois involving the same parties and same subject matter:

        a.    *Warner v. Zimmie*, N.D. Ill., Case No. 21 CV 1390 (filed March 12, 2021).

        b.    United States District Court for the Northern District of Illinois, Eastern Division

        c.    Plaintiff H. Ty Warner and Defendant Kathryn Zimmie

        d.    Plaintiff's attorneys are Gregory J. Scandaglia and Therese L.

**NOTICE OF PENDENCING OF OTHER ACTIONS OR PROCEEDINGS**

Tully, Scandaglia Ryan LLP, 55 E. Monroe Street, Ste. 3440, Chicago, IL 60603, telephone (312) 580-2020, gscandaglia@scandagliaryan.com, ttully@scandagliaryan.com.  Defendant's attorney are the same as listed on the state court case removed to this court, including the following:

> **William T Gibbs**
> Corboy & Demetrio
> 33 North Dearborn Street
> Suite 2100
> Chicago, IL 60602
> (312) 346-3191
> Email: WTG@corboydemetrio.com
>
> **Luckasevic Edward Jason**
> Goldberg, Persky & White, P.C.
> 11 Stanwix Street, Suite 1800
> Pittsburgh, PA 15222
> (412) 471-3980
> Email: jluckasevic@gpwlaw.com
>
> **Robert M. Cohen**
> Law Offices of Robert M. Cohen
> 301 North Canon Drive
> Suite 300
> Beverly Hills, CA 90210
> (310) 277-1127
> Email: bob@bobcohenesq.com

        e.      The Illinois action, which was filed first, seeks declaratory relief as to Ms. Zimmie's claim that she is owed compensation pursuant to an alleged implied or oral agreement between the parties arising from their personal relationship.  That is precisely the same claim made in the California claim that is removed to this court.


Dated:   October 1, 2021                **Mullen & Henzell L.L.P.**


                                        By: _____
                                             Jared M. Katz
                                        Attorneys for Defendant H. Ty Warner

**NOTICE OF PENDENCING OF OTHER ACTIONS OR PROCEEDINGS**