```
1  Jared M. Katz, SBN 173388
   Mullen & Henzell L.L.P.
2  112 East Victoria Street
   Santa Barbara, CA  93101-2019
3  Telephone:  (805) 966-1501
   Facsimile:  (805) 966-9204
4  Email:      jkatz@mullenlaw.com
```

Attorneys for Defendant H. Ty Warner

# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN ZIMMIE, | Case No. 21-cv-07853 |
| Plaintiff, | |
| v. | **DEFENDANT'S DEMAND FOR A JURY TRIAL [FRCP 38; L.R. 38-2]** |
| H. TY WARNER, | |
| Defendant. | |

PLEASE TAKE NOTICE THAT pursuant to Rule 38 of the Federal Rules of Civil Procedure and Local Rule 38-2, Defendant H. Ty Warner demands a jury trial.

Dated: October 5, 2021          **Mullen & Henzell L.L.P.**

By: _____
Jared M. Katz
Attorneys for Defendant H. Ty Warner

---

1
DEMAND FOR JURY TRIAL