```
                                                            2004-0031044
                                          Recorded         | REC FEE    16.00
RECORDING REQUESTED BY                    Official Records | CC1 CON     1.00
AND AFTER RECORDING RETURN                County Of
TO:                                       SANTA BARBARA
Baker & McKenzie                          JOSEPH E. HOLLAND
130 East Randolph, Suite 3500             Recorder
Chicago, Illinois 60601
Attention: Richard J. Cremieux                             | jdd
                                          08:00AM 02-Apr-2004 | Page 1 of 4
```

4 HTX-Unc
cc1

_____SPACE ABOVE THIS LINE FOR RECORDER'S USE_____

# GRANT DEED

APN'S: 009-283-09
       009-284-01
       009-284-02
       009-284-03

The undersigned Grantor declares under penalty of perjury that the following is true and correct:

DOCUMENTARY TRANSFER TAX: In accordance with Section 11932 of the California Revenue & Taxation Code, Grantor has delivered the amount for transfer tax which is due by separate statement that is not being recorded with this Deed.

HTW, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY

[TRANSFER TAX NOT MADE PART OF THE PERMANENT RECORD]

hereby grants to

FAIRWAY BB PROPERTY, LLC, A DELAWARE LIMITED LIABILITY COMPANY

the following described property in the
County of Santa Barbara, State of California:

LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF BY REFERENCE

Dated ___3-24___, 2004

                                          HTW, LLC,
                                          AN ILLINOIS LIMITED LIABILITY COMPANY

        [SEAL]
                                          BY:_____
                                          ITS:  SOLE MEMBER

STATE OF ILLINOIS      }
COUNTY OF Du PAGE      } SS.

On 3/24, 2004, before me, SUSAN WEBER _____ a Notary Public in and for said County and State, personally appeared T. WARNER , as sole member and manager of HTW, LLC, an Illinois limited liability company who executed the foregoing instrument, signed the same, and acknowledged to me that he did so sign said instrument in the name and on behalf of said limited liability company and that the same is his free act and deed as such sole member and manager, and the free and corporate act and deed of said limited liability company, and that he was duly authorized thereunto; and that the seal affixed to said instrument is the corporate seal of said limited liability company.

[OFFICIAL SEAL
SUSAN WEBER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/28/04]

WITNESS my hand and official seal
_Susan Weber_                        _11-28-04_
Signature of Notary                  Date My Commission Expires         For Notary Seal or Stamp
MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE. IF NO PARTY SO SHOWN, MAIL AS DIRECTED ABOVE

_____
Name                         Street Address                    City, State & Zip

CHIDOCS01/400369.1

EXHIBIT A

EXHIBIT A

PARCEL ONE:

Lot 36 of Block 4 of the Montecito Land Company, in the County of Santa Barbara, State of California, as per map filed in Map 3, Rack 1 of Maps, in the Office of the County Recorder of said County, together with that portion of land abandoned by the County of Santa Barbara by order to abandon, Resolution No. 19843, recorded January 7, 1960 as Instrument No. 617 in Book 1703, Page 574 of Official Records, lying South of the Westerly extension of the South line of Lot 1 of Block 4 of said tract of the Montecito Land Company.

PARCEL TWO:

Lot 35 and the Westerly one-half of Lot 34 of Block 4 of the Montecito Land Company, in the County of Santa Barbara, State of California, as per map filed in Map 3, Rack 1 of Maps, in the Office of the County Recorder of said County.

PARCEL THREE:

That portion of Channel Drive as shown on said map of Montecito Land Company, described as follows:

Beginning at the intersection of the Southerly line of Lot 36 of Block 4 of said Map of the Montecito Land Company, with the Easterly line of the land described in an order to abandon, Resolution No. 19843, recorded January 7, 1960 as Instrument No. 617 in Book 1703, Page 574 of Official Records; thence Southerly along said Easterly line to its intersection with the Northerly line of Channel Drive, as described in right of way grant to the County of Santa Barbara, by document recorded December 15, 1959 as Instrument No. 42196 in Book 1696, Page 503 of Official Records; thence Easterly along said Northerly line to its intersection with a point on the North line of Channel Drive as established by decree of the Superior Court of the State of California, in and for the County of Santa Barbara, in Case No. 20999, and recorded February 17, 1933 as Instrument No. 1088 in Book 278, Page 282 of Official Records; thence continuing Easterly along said North line of Channel Drive as described in said decree to its intersection with the Southerly prolongation of the Easterly line of the West one-half of Lot 34 of Block 4 of said map; thence Northerly along said Southerly prolongation of the Easterly line of the West one-half of Lot 34 of Block 4 of said map to the intersection with the Southerly line of said Lot 34 of Block 4 of said map; thence Westerly along the Southerly line of Lots 34, 35 and 36 of Block 4 of said map to the point of beginning.

PARCEL FOUR:

An easement for utilities over, under, in and through the following described tract of land:

Beginning at a point on the Easterly line of Animas Road at the Southwesterly corner of the 0.747 acres tract of land shown on a map of a survey filed in Book 111, Page 27 of Record of Surveys, records of said County;

Thence 1st, North 0° 02' West along the Easterly line of said road, 54.87 feet to a point hereinafter mentioned as point "A";

Thence 2nd, North 87° 48' 56" East, leaving said road line and into said 0.747 acres tract of land, 12.68 feet;

Thence 3rd, North 84° 09' 00" East 34.46 feet;

Thence 4th, South 8° 49' 37" East 50.75 feet to a point in the Southerly line of said 0.747 acres tract of land;

Thence 5th, South 80° 57' 10" West along said Southerly line, 55.39 feet to the point of beginning.

PARCEL FIVE:

An easement for utilities over, under, upon or through a strip of land ten (10) feet in width, lying five (5) feet on each side of the following described center line:

Commencing at hereinabefore mentioned point "A"; thence North 87° 48' 56" East along the Northerly line of above Parcel Four 11.18 feet to the point of beginning;

Thence 1st, North 23° 13' 33" West 28.36 feet to a point on the Easterly line of Animas Road, said point bears North 0° 02' West 26.49 feet from the Southwesterly corner of said 0.747 acres tract of land.

The sidelines of said easement shall be prolonged or shortened so as to terminate in the Northerly line of Parcel Four hereinabove described and over the Easterly line of Animas Road.

PARCEL SIX:

An easement for water line purposes and cable television purposes over, under, upon or through a strip of land ten (10) feet in width, lying parallel with, adjacent to and Westerly of the Easterly line of the 0.747 acres tract of land shown on a map of survey filed in Book 111, Page 27 of Record of Surveys, records of said County, said line is shown as "South 5° 55' 30" East 189.30".

PARCEL SEVEN:

That certain real property in the County of Santa Barbara, State of California, described as follows:

Beginning at the intersection of the Westerly line of the tract of land described in the deed to Girvan Higginson, a married man, recorded July 23, 1951 in Book 1005 at Page 281 of Official Records as File No. 11047 with the ordinary high water mark of the Pacific Ocean; thence Northerly along the Easterly line of said Higginson Tract, also being the Easterly edge of a ravine 115.00 feet, more or less, to the Southerly line of the tract of land described in the deed to Mrs. Ednah S. Higginson, recorded June 27, 1927 in Book 127 at Page 368 of Official Records; thence Easterly at right angles along said Southerly line to the Westerly line of Animas Road; thence Southerly along said Westerly line to its intersection with the Southerly line of Channel Drive, as established by Judgment and Decree recorded February 17, 1933 in Book 278, Page 282 of Official Records; thence along said Southerly line to its intersection with the Southerly prolongation of the Easterly line of the West one-half of Lot 34, in Block 4, as laid down on map of lands of Montecito Land Company, recorded in Rack 1, Map 3, records of said County; thence Southerly along said prolongation to its

intersection with the ordinary high water mark of the Pacific Ocean; thence Westerly along said high water mark to the point of beginning.

PARCEL EIGHT:

Beginning at the point of intersection of the West line of Animas Road with the Easterly line of land of the Santa Barbara Cemetery Association; thence Southerly along the East line of land of the Santa Barbara Cemetery Association to the ordinary high water mark of the Pacific Ocean; thence Easterly along said high water mark 90 feet, more or less, to a point where the Easterly edge of a ravine would intersect therewith; thence leaving the ordinary high water mark of the Pacific Ocean along said Easterly line of said ravine Northerly 115 feet; thence at right angles Easterly to a point in the Westerly line of Animas Road; thence Northerly along the West line of Animas Road to the point of beginning.

Address of Property: 1000 Channel Drive, Santa Barbara, California
APN's: 009-283-09; 009-284-01; 009-284-02 and 009-284-03