

# State of California
## Secretary of State

**STATEMENT OF INFORMATION**
(Limited Liability Company)

102

Filing Fee $20.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FILED**
in the office of the Secretary of State
of the State of California

JUL 14 2011

This Space For Filing Use Only

1. **LIMITED LIABILITY COMPANY NAME** (Please do not alter if name is preprinted.)

FAIRWAY BB PROPERTY, LLC

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| 200407810198 | DELAWARE |

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE |
|---|---|---|
| 280 CHESTNUT | WESTMONT, ILLINOIS | 60559 |
| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
| | | CA | |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| H. TY WARNER | 280 CHESTNUT | WESTMONT, ILLINOIS | 60559 |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| H. TY WARNER | SOLE MEMBER, 280 CHESTNUT, | WESTMONT, ILLINOIS | 60559 |
| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| H. TY WARNER | SOLE MANAGER, 280 CHESTNUT | WESTMONT, ILLINOIS | 60559 |
| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS

CT CORPORATION SYSTEM     (C0168406)

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

REAL ESTATE INVESTMENT

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| LYN WALSH | _Lyn Walsh_ | Authorized Person | 7/6/2011 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

LLC-12 (REV 03/2007)     APPROVED BY SECRETARY OF STATE

**EXHIBIT B**



# State of California
## Kevin Shelley
## Secretary of State

File # 200407810198

**FILED**
in the office of the Secretary of State
of the State of California

MAR 1 5 2004

KEVIN SHELLEY, SECRETARY OF STATE

# LIMITED LIABILITY COMPANY
# APPLICATION FOR REGISTRATION

A $70.00 filing fee must accompany this form.

**IMPORTANT** – Read instructions before completing this form.

This Space For Filing Use Only

1. NAME UNDER WHICH THE FOREIGN LIMITED LIABILITY COMPANY PROPOSES TO REGISTER AND TRANSACT BUSINESS IN CALIFORNIA:
(End the name with the words "Limited Liability Company," "Ltd. Liability Co." or the abbreviations "LLC" or "L.L.C.")

FAIRWAY BB PROPERTY, LLC

2. NAME OF THE FOREIGN LIMITED LIABILITY COMPANY, IF DIFFERENT FROM THAT ENTERED ABOVE:

3. THIS FOREIGN LIMITED LIABILITY COMPANY WAS FORMED ON  February 24, 2004  IN  Delaware
(MONTH) (DAY) (YEAR)   (STATE OR COUNTRY)
AND IS AUTHORIZED TO EXERCISE ITS POWERS AND PRIVILEGES IN THAT STATE OR COUNTRY.

4. NAME OF THE AGENT FOR SERVICE OF PROCESS IN THIS STATE, AND CHECK THE APPROPRIATE PROVISION BELOW:
C T Corporation System                                                         WHICH IS,

[ ]  AN INDIVIDUAL RESIDING IN CALIFORNIA. PROCEED TO ITEM 5.

[X] A CORPORATION WHICH HAS FILED A CERTIFICATE PURSUANT TO SECTION 1505. PROCEED TO ITEM 6.

5. IF AN INDIVIDUAL, CALIFORNIA ADDRESS OF THE AGENT FOR SERVICE OF PROCESS:
ADDRESS
CITY                                         STATE  CA              ZIP CODE

6. IN THE EVENT THE ABOVE AGENT FOR SERVICE OF PROCESS RESIGNS AND IS NOT REPLACED, OR IF THE AGENT CANNOT BE FOUND OR SERVED WITH THE EXERCISE OF REASONABLE DILIGENCE, THE SECRETARY OF STATE OF THE STATE OF CALIFORNIA IS HEREBY APPOINTED AS THE AGENT FOR SERVICE OF PROCESS OF THIS FOREIGN LIMITED LIABILITY COMPANY.

7. ADDRESS OF THE PRINCIPAL EXECUTIVE OFFICE:      CITY            STATE    ZIP CODE
130 East Randolph, Suite 3500, Chicago, Illinois 60601

8. ADDRESS OF THE PRINCIPAL OFFICE IN CALIFORNIA, IF ANY:  CITY        STATE    ZIP CODE

9. TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY: (FOR INFORMATION PURPOSES ONLY.)
Real Estate Investment

10. IT IS HEREBY DECLARED THAT I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

SIGNATURE OF AUTHORIZED PERSON                         DATE  3/12/04

Lyn Walsh, Authorized Person
TYPE OR PRINT NAME AND TITLE OF AUTHORIZED PERSON

11. **RETURN TO:**

NAME: Lyn Walsh
FIRM: Baker & McKenzie
ADDRESS: 130 East Randolph, Suite 3500
CITY/STATE: Chicago, Illinois 60601
ZIP CODE:

SEC/STATE FORM LLC-5 (Rev. 12/2003) – FILING FEE $70.00                APPROVED BY SECRETARY OF STATE

2004078101 98

PAGE 1

# Delaware

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "FAIRWAY BB PROPERTY, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWELFTH DAY OF MARCH, A.D. 2004.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE NOT BEEN ASSESSED TO DATE.

3768433   8300

040188109

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 2986868

DATE: 03-12-04