Jared M. Katz (SBN 173388)
  jkatz@mullenlaw.com
MULLEN & HENZELL L.L.P.
112 East Victoria Street
Santa Barbara, CA  93101-2019
Telephone:  (805) 966-1501
Facsimile:   (805) 966-9204

Gregory J. Scandaglia (pro hac vice)
  gscandaglia@scandagliaryan.com
Therese L. Tully (pro hac vice)
  ttully@scandagliaryan.com
SCANDAGLIA RYAN LLP
55 East Monroe Street, Suite 3440
Chicago, IL 60603
Telephone: (312) 580-2020
Facsimile: (312) 782-3806

*Attorneys for Defendants H. Ty Warner
and Fairway BB Property, LLC*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN ZIMMIE,<br><br>Plaintiff,<br><br>v.<br><br>H. TY WARNER, and FAIRWAY BB PROPERTY, LLC,<br><br>Defendants. | Case No. 21-cv-07853-AFM<br><br>**DEFENDANTS H. TY WARNER AND FAIRWAY BB PROPERTY, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS THIRD AND SEVENTH CAUSES OF ACTION IN SECOND AMENDED COMPLAINT [DKT #41]**<br><br>Hearing Date: February 1, 2022<br>Time: 10:00 a.m.<br>Judge: Hon. Alexander F. MacKinnon |

**PLEASE TAKE NOTICE** that on February 1, 2022, at 10:00 a.m., or as soon thereafter as this matter may be heard before the Honorable Alexander F. MacKinnon in Courtroom #780 of the United States District Court for the Central District of California, 255 East Temple Street, Los Angeles, California 90012, Defendants H. Ty

1

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS

Warner and Fairway BB Property, LLC, by and through their undersigned counsel, will, and hereby do, move the Court to dismiss, without leave to amend, Plaintiff Kathryn Zimmie's claims for Quiet Title (Third Cause of Action) and Fraud/Civil RICO (Seventh Cause of Action) alleged in the Second Amended Complaint (Dkt. #41), for failure to state a claim, pursuant to Federal Rule of Civil Procedure 12(b)(6).

This motion is based on this Notice of Motion and Motion to Dismiss and the supporting Memorandum of Points and Authorities filed concurrently herewith, the pleadings and papers on file in this action, and such additional matters and oral argument as may be offered in support of the motion.

This motion is made following a conference of counsel pursuant to L.R. 7-3, which took place on December 9, 2021 and November 2, 2021.

Dated: January 4, 2022

By: */s/ Jared M. Katz*

Jared M. Katz (SBN 173388)
jkatz@mullenlaw.com
MULLEN & HENZELL L.L.P.
112 East Victoria Street
Santa Barbara, CA 93101-2019
Telephone: (805) 966-1501
Facsimile: (805) 966-9204

Gregory J. Scandaglia (pro hac vice)
gscandaglia@scandagliaryan.com
Therese L. Tully (pro hac vice)
ttully@scandagliaryan.com
SCANDAGLIA RYAN LLP
55 East Monroe Street, Suite 3440
Chicago, IL 60603
Telephone: (312) 580-2020
Facsimile: (312) 782-3806

*Attorneys for Defendants H. Ty Warner and Fairway BB Property, LLC*