IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN ZIMMIE,<br><br>        Plaintiff,<br><br>    v.<br><br>H. TY WARNER, and FAIRWAY BB PROPERTY, LLC,<br><br>        Defendants. | Case No. 21-cv-07853-AFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS H. TY WARNER AND FAIRWAY BB PROPERTY, LLC'S MOTION TO DISMISS** |

**[PROPOSED] ORDER**

Before this court is Defendants H. Ty Warner and Fairway BB Property, LLC's Motion to Dismiss Plaintiff Kathryn Zimmie's claims for Quiet Title (Third Cause of Action) and Fraud/Civil RICO (Seventh Cause of Action) pursuant to Federal Rule of Civil Procedure 12(b)(6).

/ / /

/ / /

/ / /

1 | Having considered the parties' briefing and oral argument, the Court finds that, for good cause shown, the Motion should be GRANTED. Plaintiff's claims for Quiet Title (Third Cause of Action) and Fraud/Civil RICO (Seventh Cause of Action) alleged in the Second Amended Complaint are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: February _____, 2022

By:_____

Hon. Alexander F. MacKinnon
United States Magistrate Judge for the
Central District of California