# UNITED STATE DISTRICT COURT – CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| KATHRYN ZIMMIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No: 2:21-cv-07853-AFM |
| vs. | ) |
| | ) |
| H. TY WARNER, and FAIRWAY BB PROPERTY, LLC | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Before this Court is Plaintiff Kathryn Zimmie's Response to Defendants' H. Ty Warner and Fairway BB Property, LLC's Motion to Dismiss Third and Seventh Causes of Action in Second Amended Complaint.

Having considered the parties' briefing and oral argument, the Court finds for good cause shown, the Motion is DENIED.

IT IS SO ORDERED.

Dated: February ___, 2022          By: _____
                                   Hon. Alexander F. MacKinnon
                                   United States Magistrate Judge for the
                                   Central District of California

[PROPOSED] ORDER DENYING
DEFENDANTS' MOTION TO
DISMISS