UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

Case No.  CV 21-07853-AFM            Date: February 8, 2022

Title  KATHRYN ZIMMIE v. H. TY WARNER, ET AL.

Present: The Honorable:  ALEXANDER F. MacKINNON, U.S. MAGISTRATE JUDGE

| Ilene Bernal | Courtsmart |
|---|---|
| Deputy Clerk | Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jason Luckasevic | Gregory J. Scandaglia |
| William T. Gibbs | Teresa L. Tully |
| Robert Cohen | Jared M. Katz |

**Proceedings:** HRG RE DEFENDANTS' MOTION TO DISMISS THIRD AND SEVENTH CAUSES OF ACTION (ECF #44)

Court hears oral argument on motion to dismiss. The matter is taken under submission.

                                                                                                                  :50

**Initials of Preparer**     ib