JS-6

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| KATHRYN ZIMMIE, | ) | Case No: 2:21-cv-07853-AFM |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER OF |
| vs. | ) | DISMISSAL WITH |
| | ) | PREJUDICE |
| H. TY WARNER and | ) | |
| FAIRWAY BB PROPERTY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of the Parties, IT IS HEREBY ORDERED that Case No. 2:21-cv-07853-AFM is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: 12/2/2022

*/s/ Alexander F. MacKinnon/*

ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE